| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:17-cr-00070-008 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00100-RFB-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of Iowa | DIVISION Davenport |
|---|---|---|
| Kevin Thomas Hebbe | NAME OF SENTENCING JUDGE Sentencing Judge: John A. Jarvey, Retired U.S. District Judge  Currently assigned to: Stephen H. Locher, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/03/2023 | TO 01/02/2028 |

☑ FILED   ☐ RECEIVED
☐ ENTERED   ☐ SERVED ON
APR 18 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

OFFENSE
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 – Conspiracy to Manufacture and Distribute at Least 100 Kilograms of a Mixture and Substance Containing Marijuana and at Least 1,000 Marijuana Plants

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Nevada_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

   April 15, 2025                              /s/ Stephen H. Locher
   *Date*                                       *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   April 22, 2025                              /s/
   *Effective Date*                             *United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Kevin T Hebbe
Case No.:  TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

April 17, 2025

TO: United States District Court Judge

On October 10, 2019, Kevin Thomas Hebbe was sentenced in the Southern District of Iowa by the Honorable Judge John A. Jarvey to a term of 70 months imprisonment followed by five (5) years of supervised release for committing the offense of Conspiracy to Manufacture and Distribute at Least 100 Kilograms of a Mixture and Substance Containing Marijuana and at Least 1,000 Marijuana Plants, a Class A Felony. On the January 3, 2023, Hebbe commenced his supervised release term in the District of Nevada, where he has remained.

Hebbe has no intention of returning to the Southern District of Iowa. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Stephen H. Locher has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

Briana Casey
Digitally signed by Briana Casey
Date: 2025.04.18 18:06:52 -07'00'

Briana Casey
United States Probation Officer

Approved:

Joy Gabonia
Digitally signed by Joy Gabonia
Date: 2025.04.18 07:42:48 -07'00'

Joy Gabonia
Supervisory United States Probation Officer